# KOUSOULAS & ASSOCIATES P.C.
Attorneys at Law
48 Wall Street, 25th Floor
New York, New York 10005
212-509-2566 Tel
212-425-3175 Fax

Antonia Kousoulas
Akousoulas@kalawyers.com

March 9, 2012

Hon. Roanne L. Mann
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Del Valle v. International Union of Operating Engineers, Local Union 14-14B</u>
10 Civ. 5210 (ERK)(RLM)

Dear Magistrate Judge Mann:

I represent Louis A. Del Valle, the plaintiff in the above-referenced matter.  I submit this letter on behalf of both parties to respectfully request a 45 days enlargement of time within which the parties to complete fact discovery in this action, from March 20, 2012 until May 4, 2012.  This is the second request for an extension of the fact discovery deadline.

To date, the parties have exchanged discovery documents and interrogatory responses. We also have had several conferences attempting to resolve discovery disputes without seeking this Court's intervention, and to date, it appears that both parties have reached some meaningful agreements with regard to some of the outstanding discovery issues. While continuing our discussions to resolve our differences with regard to some of the discovery issues, the parties tentatively scheduled depositions to take place next week. However, the parties both believe that it would be beneficial with regard to our respective settlement positions for us to first attempt conciliation before incurring additional fees in connection with the noticed depositions.  In addition, because some of the discovery issues remain unresolved, an enlargement of the discovery deadline would provide us more than adequate time to try to resolve those issues on our own and then proceed with

the noticed depositions.  We are confident that should this Court grant the extension, the parties would complete the fact discovery in this action by May 4, 2012.

Thank you for your consideration of this joint request.


Respectfully submitted,

s/*Antonia Kousoulas*
ANTONIA KOUSOULAS


Cc:  Vincent M. Giblin (via ECF)