UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LOUIS A. DEL VALLE,

                Plaintiff,                              **ORDER**

      -against-                                      10-CV-5210 (ERK)

INTERNATIONAL UNION OF
OPERATING ENGINEERS,

                Defendant.
------------------------------------------------------------x

      The Court reluctantly grants the parties' joint request to extend fact discovery (for at least the fourth time), until June 18, 2012.

      The parties' letter-motion references the importance of obtaining "a complete medical history for the Plaintiff . . . in light of the emotional distress claim asserted by Plaintiff in the complaint." Motion for Extension of Time (May 2, 2012), ECF Docket Entry ("DE") #33. Consequently, the Court concludes that the May 22nd settlement conference should be adjourned until after the completion of fact discovery and possibly after the completion of expert discovery.

      The May 22nd settlement (which clients were ordered to attend) is adjourned *sine die*. Counsel are directed to confer and, by May 7, 2012, to file a joint proposed schedule for expert discovery and for the settlement conference.

            SO ORDERED.

Dated:    Brooklyn, New York
             May 2, 2012

                                                                           **ROANNE L. MANN**
                                                                           **UNITED STATES MAGISTRATE JUDGE**