# PITTA & GIBLIN LLP

120 Broadway
28th Floor
New York, New York 10271
Telephone: (212) 652-3890
Facsimile: (212) 652-3891

**Vincent M. Giblin**
Partner
Direct Dial: (212) 652-3883
vgiblin@pittagiblin.com

August 26, 2013

**VIA ELECTRONIC & OVERNIGHT MAIL**

Antonia Kousoulas, Esq.
Kousoulas & Associates P.C.
48 Wall Street, 25th Floor
New York, New York 10005

    Re:    **Del Valle v. IUOE Local 14-14B**
             **Civil Action No. 10-5210 (MKB) (RLM)**

Dear Ms. Kousoulas:

    This Firm represents Defendant, the International Union of Operating Engineers Local 14-14B (the "Union"), in connection with the above-referenced matter. Enclosed herewith please find the following documents relating to Defendant's Motion for Summary Judgment:

(1) Notice of Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56;
(2) Local Rule 56.1 Statement of Undisputed Material Facts in Support of Defendant's Motion for Summary Judgment;
(3) Declaration of Vincent M. Giblin in Support of Defendant's Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56;
(4) Memorandum of Law in Support of Defendant's Motion for Summary Judgment;
(5) Proposed Form of Order; and
(6) Affidavit of Service.

We will take the necessary action to seal the documents before filing.

                            Very truly yours,

                            PITTA & GIBLIN LLP

                            Vincent M. Giblin /AME

Enclosures

{00561588.DOCX / }